**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PAUL PERRIS, | : | Civil No. 1:26-CV-00050 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ANGELA HOOVER, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 22nd day of May, 2026, in accordance with the

accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

2) Plaintiff's motion for temporary restraining order, Doc. 2, motion for supplemental evidentiary hearing, Doc. 14, and motion to expedite judgment, Doc. 15, are **DENIED AS MOOT**.

3) The Clerk of Court is directed to close this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania